```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 03970
   CORNELL T RAY
   VELMA J RAY                             CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-4089     SSN XXX-XX-8310

-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/21/2008 and was confirmed 05/07/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/19/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
-------------------------------------------------------------------------------
GALWAY FINANCIAL SVC LLC SECURED NOT I      660.71            .00          .00
AMERICASH LOANS          UNSEC W/INTER      339.83            .00          .00
CAPITAL ONE AUTO FINANCE SECURED VEHIC     4864.00         127.39       754.44
MERRICK BANK             UNSEC W/INTER     1321.58            .00          .00
HOME LOAN SERVICES  INC  CURRENT MORTG         .00            .00          .00
HOME LOAN SERVICES  INC  MORTGAGE ARRE     9086.60            .00       487.91
CHASE HOME FINANCE LLC   CURRENT MORTG         .00            .00          .00
CHASE HOME FINANCE LLC   MORTGAGE ARRE     4166.02            .00       223.69
ACTIVITY COLLECTION      UNSEC W/INTER      766.66            .00          .00
PREMIER BANKCARD         UNSEC W/INTER      349.62            .00          .00
PREMIER BANKCARD         UNSEC W/INTER      381.72            .00          .00
AMERILOAN                UNSEC W/INTER    NOT FILED           .00          .00
ROUNDUP FUNDING LLC      UNSEC W/INTER     1212.27            .00          .00
MIDLAND CREDIT MANAGEMEN UNSEC W/INTER      781.58            .00          .00
PORTFOLIO RECOVERY ASSOC UNSEC W/INTER      671.94            .00          .00
EAGLE  INSURANCE AGENCY  UNSEC W/INTER    NOT FILED           .00          .00
FIRST NAITONAL CREDIT/LE UNSEC W/INTER    NOT FILED           .00          .00
FIRST NATIONAL BANK OF M UNSEC W/INTER    NOT FILED           .00          .00
ECAST  SETTLEMENT CORP   UNSEC W/INTER      671.66            .00          .00
ECAST  SETTLEMENT CORP   UNSEC W/INTER      779.89            .00          .00
ECAST  SETTLEMENT CORP   UNSEC W/INTER      567.61            .00          .00
CHASE                    UNSEC W/INTER    NOT FILED           .00          .00
INSTANT CASH ADVANCE     UNSEC W/INTER    NOT FILED           .00          .00
JOHN H SENGSTACK CARE CE UNSEC W/INTER    NOT FILED           .00          .00
OAK FOREST HOSPITAL      UNSEC W/INTER    NOT FILED           .00          .00
ROUNDUP FUNDING LLC      UNSEC W/INTER      789.28            .00          .00
NUVELL CREDIT CO LLC     UNSEC W/INTER    NOT FILED           .00          .00
PINNACLE SECURITY LLC    UNSEC W/INTER    NOT FILED           .00          .00
PROTECTION ONE           UNSEC W/INTER      389.40            .00          .00
JEFFERSON CAPITAL SYSTEM UNSEC W/INTER      472.53            .00          .00
PAYDAY LOAN STORE        UNSEC W/INTER    NOT FILED           .00          .00
PAYDAY LOAN STORE        UNSEC W/INTER    NOT FILED           .00          .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 03970 CORNELL T RAY & VELMA J RAY
```

```
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER    1515.26              .00           .00
VANGUARD CAR RENTAL       UNSEC W/INTER NOT FILED               .00           .00
WASHU PARTNERS-WESTERN L  UNSEC W/INTER NOT FILED               .00           .00
WFNNB NEW YORK & COMPANY  UNSEC W/INTER NOT FILED               .00           .00
GWENDOLYN HEAVEN          NOTICE ONLY   NOT FILED               .00           .00
AMERILOAN                 UNSEC W/INTER NOT FILED               .00           .00
PORTFOLIO RECOVERY        UNSEC W/INTER     981.78              .00           .00
MERRICK                   UNSEC W/INTER NOT FILED               .00           .00
THE PAYDAY LOAN STORE     UNSEC W/INTER NOT FILED               .00           .00
CAPITAL ONE AUTO FINANCE  UNSEC W/INTER     170.93              .00           .00
PROVIDENT HOSPITAL COOK   FILED LATE            .00             .00           .00
PROVIDENT HOSP OF COOK C  NOTICE ONLY   NOT FILED               .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,334.00                        3,334.00
TOM VAUGHN                TRUSTEE                                            412.57
DEBTOR REFUND             REFUND                                                .00
```

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  5,340.00

PRIORITY                                                .00
SECURED                                            1,466.04
    INTEREST                                         127.39
UNSECURED                                               .00
ADMINISTRATIVE                                     3,334.00
TRUSTEE COMPENSATION                                 412.57
DEBTOR REFUND                                           .00
                         ---------------        ---------------
TOTALS                   5,340.00                  5,340.00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 02/25/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                         PAGE   2
       CASE NO. 08 B 03970 CORNELL T RAY & VELMA J RAY